UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUGENE HART,

        Plaintiff,

    v.

YAHOO INC., et al.,

        Defendants.

Case No. 26-cv-03542-HSG

**ORDER**

Re: Dkt. No. 4

ORDER by Hon. Haywood S. Gilliam, Jr. DIRECTING Plaintiff to file his revised application to proceed in forma pauperis by June 30, 2026. Plaintiff's original application to proceed *in forma pauperis* was denied by Judge Kim, Dkt. No. 4, because it did not provide the Court with sufficient information to evaluate it. In her order, Judge Kim directed Plaintiff to file an amended application by May 28, 2026, but as of the date of this order, Plaintiff has not done so. Should Plaintiff fail to file a revised application by June 30, 2026, his complaint will be dismissed for failure to prosecute.

    **IT IS SO ORDERED.**

Dated:  6/16/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge